UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

Ocala Division

RACHAEL D. WILLIAMS,

    Plaintiff,

v.                                          Case No.:  5:17-cv-00261-JSM-PRL

PORT PARADISE HOTEL, LLC, a
Florida limited liability company
d/b/a MARGARITA BREEZE, and
PARTH PATEL, an individual,

    Defendants.
_____/

## JOINT MOTION TO APPROVE SETTLEMENT AND DISMISS WITH PREJUDICE

The Plaintiff and Defendants, through undersigned counsel, hereby respectfully request that this Court approve the Parties' Settlement Agreement, attached hereto as **Exhibit A,** and Dismiss Case With Prejudice.  The Parties state as follows:

### Procedural History and Facts

On June 13, 2017, the Plaintiff filed a Complaint (DE 1) against the Defendants alleging overtime violations of the Fair Labor Standards Act ("FLSA").  The Defendants filed their Answer & Affirmative Defenses (DE 6) on July 14, 2017.

The Plaintiff alleges the Defendants operated a restaurant where, for a period of her employment, she worked as a manager and was paid on an hourly basis.  The Defendants deny all liability in this case and maintain Plaintiff was properly paid at all times.  Among the factual disputes between the Parties:

    a.        the number of hours worked by Plaintiff each week, and whether the Defendant's payroll records accurately show all the hours worked by the Plaintiff;

    b.        whether the Plaintiff was paid "straight time" for her hours in excess of 40 in a week, instead of "overtime" at the rate of time-and-one-half her regular hourly rate of pay;

    c.        Whether the Plaintiff was a salaried "exempt" employee under the FLSA.

The Defendant vehemently denies it did anything that would violate the FLSA. To the contrary, the Defendants' position is that they paid the Plaintiff properly at all times, including all overtime hours.

Because of the factual disputes, above, and the risks and costs of litigating, the parties have negotiated a settlement. Under the terms of settlement, the Defendants have agreed to pay a total of $10,000 (comprised of $2,821.89 to the Plaintiff as back wages; $2,821.89 to the Plaintiff as liquidated damages; $476.21 to Bober & Bober, P.A. as costs, and $3,880.00 to Bober & Bober, P.A. as attorneys' fees. The amount paid by the Defendants for fees and costs was negotiated as a separate amount from the monies being paid to the Plaintiff, and did not adversely affect the Plaintiff's recovery

In this case, all Parties were represented by counsel with experience and knowledge of the Fair Labor Standards Act. They exchanged records and information during the process of reaching this agreement. Moreover, in order to achieve settlement, the Parties considered each other's positions and evidence, evaluated the facts and relative risks, and believe it is everyone's best interest to resolve the case at this stage of the litigation.

## Memorandum of Law

The settlement of the instant action involves a situation in which the Court may approve the Parties' settlement to resolve and release the Plaintiffs' claims against Defendant. *See, Lynn's Food Stores, Inc. v. United States,* 679 F.2d, 1350, 1354 (11th Cir. 1982). The proposed settlement

arises out of an action that was adversarial in nature. Here, the settlement represents a reasonable compromise of issues involved in this matter and includes a payment of back wages plus liquidated damages. The Parties desire to enter into this settlement agreement in order to avoid the risks and continuing costs and fees of litigation. Based, on the foregoing, the Court should find the Parties' Agreement fair and reasonable.

WHEREFORE, the Plaintiff and the Defendant move the Court to approve and ratify the Parties' settlement, dismiss the Plaintiff's case with prejudice, and grant all other relief deemed appropriate.

Respectfully submitted this 22nd day of September 2017 by,

| | |
|---|---|
| s/. Peter Bober, Esq. | s/. Edmund J. Gegan, Esq. |
| Florida Bar No. 0122955 | Florida Bar No. 068822 |
| BOBER & BOBER, P.A. | GEGAN LAW OFFICE |
| 1930 Tyler Street | 1005 N. Marion Street |
| Hollywood, FL 33020 | The Floridan Legal Services Bldg. |
| (954) 922-2298 | (813) 248-8900 |
| peter@boberlaw.com | Edmund.gegan@geganoffice.com |