## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## OCALA DIVISION

RACHAEL D. WILLIAMS,

    Plaintiff,

v.                                 Case No: 5:17-cv-261-Oc-30PRL

PORT PARADISE HOTEL, LLC and
PARTH PATEL,

    Defendants.

## ORDER

THIS CAUSE comes before the Court on the Joint Motion to Approve Settlement and Dismiss with Prejudice (Doc. 14). Upon review and consideration, it is therefore

ORDERED AND ADJUDGED that:

1. The Joint Motion to Approve Settlement and Dismiss with Prejudice (Doc. 14) is GRANTED.

2. The settlement is approved.

3. This action is DISMISSED WITH PREJUDICE.

4. All pending motions are denied as moot.

5. The Clerk is directed to close this file.

2

**DONE** and **ORDERED** in Tampa, Florida, this 22nd day of September, 2017.

*/s/ James S. Moody, Jr.*

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record